IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

METAL CONVERSION
TECHNOLOGIES, LLC,
EVANSTON INSURANCE
COMPANY a/s/o Metal Conversion
Technologies, LLC, and
SCOTTSDALE INSURANCE
COMPANY, a/s/o Metal Conversion
Technologies, LLC,

        Plaintiff,

    v.

ENVIRONMENTAL INTEGRITY
COMPANY, LLC and CHARLES
BAILEY TRUCKING, INC.,

        Defendants.

Civil Action File No:
4:14-CV-00163-HLM

## DEFENDANT ENVIRONMENTAL INTEGRITY COMPANY, LLC'S RULE 26(a)(2) EXPERT DISCLOSURES

COMES NOW Defendant Environmental Integrity Company, LLC ("EIC"), by and through its undersigned counsel, and files this expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2). This disclosure shall be deemed a supplemental discovery response and shall satisfy the requirements of the Scheduling Order entered by the Court and the Federal Rules of Civil Procedure.

EIC reserves the right to supplement this disclosure and to serve supplemental expert reports as permitted by Fed. R. Civ. P. 26(a)(2) and Fed. R.

Civ. P. 26(c) as well as the Scheduling Order entered by the Court.  EIC further

reserves the right to elicit expert testimony, where necessary, from any expert(s)

called by Plaintiffs in this action.

### Rule 26(a)(2)(B) Witnesses

1.      Leanne Gould, CPA/ABV/CFF, ASA
        Managing Director
        HDH Advisors, LLC
        2002 Summit Boulevard, Suite 950
        Atlanta, Georgia  30319

        The substance of Ms. Gould's opinions, the basis and reasons thereof, the

data and other information considered in forming the opinions, exhibits to be used

as a summary of or support for the opinions, and citations of any treatise, text or

other authority relied upon are set forth in a report served on all parties

contemporaneous with this notice as **Exhibit A**.  Ms. Gould's current curriculum

vitae, list of prior testimony in previous four years, and statement of compensation

for professional services are being served on all parties contemporaneous with this

notice and are incorporated in **Exhibit A**.

2.      Edward N. Sailer, CHMM, LEP
        President
        Sailer Environmental, Inc.
        One Orchard Park Road
        P.O. Box 21
        Madison, CT

The substance of Mr. Sailer's opinions, the basis and reasons thereof, the

data and other information considered in forming the opinions, exhibits to be used

as a summary of or support for the opinions, and citations of any treatise, text or

other authority relied upon are set forth in a report served on all parties

contemporaneous with this notice as **Exhibit B**.  Mr. Sailer's current curriculum

vitae, list of prior testimony in previous four years, and statement of compensation

for professional services are being served on all parties contemporaneous with this

notice and are incorporated in **Exhibit B**.

3.      Mike Eskra
        Eskra Technical Products, Inc.
        2595 County Road I
        Saukville, WI 53080

The substance of Mr. Eskra's opinions, the basis and reasons thereof, the

data and other information considered in forming the opinions, exhibits to be used

as a summary of or support for the opinions, and citations of any treatise, text or

other authority relied upon are set forth in a report served on all parties

contemporaneous with this notice as **Exhibit C**.  Mr. Eskra's current curriculum

vitae, list of prior testimony in previous four years, and statement of compensation for professional services are being served on all parties contemporaneous with this notice and are incorporated in **Exhibit C**.

4.      Ralph Bouwmeester, P. Eng.
        Principal
        R. Bouwmeester & Associates
        165 Browning Trail
        Barrie, Ontario, Canada L4N 5E7

        The substance of Mr. Bouwmeester's opinions, the basis and reasons thereof, the data and other information considered in forming the opinions, exhibits to be used as a summary of or support for the opinions, and citations of any treatise, text or other authority relied upon are set forth in a report served on all parties contemporaneous with this notice as **Exhibit D**.  Mr. Bouwmeester's current curriculum vitae, list of prior testimony in previous four years, and statement of compensation for professional services are being served on all parties contemporaneous with this notice and are incorporated in **Exhibit D**.

5.      Harrison James Gooch
        Discovery Computers and Forensics, Inc.
        1870 The Exchange, Suite 100
        Atlanta, Georgia 30339

        The substance of Mr. Gooch's opinions, the basis and reasons thereof, the data and other information considered in forming the opinions, exhibits to be used as a summary of or support for the opinions, and citations of any treatise, text or

other authority relied upon are set forth in a report served on all parties contemporaneous with this notice as **Exhibit E**.  Mr. Gooch's current curriculum vitae, list of prior testimony in previous four years, and statement of compensation for professional services are being served on all parties contemporaneous with this notice and are incorporated in **Exhibit E**.

This 25th day of January, 2016.

**DREW ECKL & FARNHAM, LLP**

*/s/ Lisa R. Richardson*
Stevan A. Miller
*Georgia Bar No. 508375*
Lisa R. Richardson
*Georgia Bar No. 604074*

880 W. Peachtree Street, NW (30309)
Post Office Box 7600
Atlanta, Georgia 30357-0600
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: smiller@deflaw.com
E-mail: lrichardson@deflaw.com
*Attorneys for Defendant Environmental*
*Integrity Company, LLC*

6233445/1
05596-089672

- 5 -

## CERTIFICATE OF FONT COMPLIANCE

Counsel for Defendant Environmental Integrity Company, LLC hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 25th day of January, 2016.

DREW ECKL & FARNHAM, LLP


*s/ Lisa R. Richardson*
Lisa R. Richardson
**Georgia Bar No. 604074**

880 W. Peachtree St. (30309)
P.O. Box 7600
Atlanta, GA 30357-0600
Telephone: (404) 885-6348
Facsimile: (404) 876-0992
E-mail: lrichardson@deflaw.com
**Attorneys for Defendant**
**Environmental Integrity Company, LLC**

6233445/1
05596-089672

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| METAL CONVERSION TECHNOLOGIES, LLC, EVANSTON INSURANCE COMPANY a/s/o METAL CONVERSION TECHNOLOGIES, INC., and SCOTTSDALE INSURANCE COMPANY, as subrogee of Metal Conversion Technologies, LLC, | |
| Plaintiff, | Civil Action File No: 4:14:CV-00163-HLM |
| v. | |
| ENVIRONMENTAL INTEGRITY COMPANY, LLC and CHARLES BAILEY TRUCKING, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am counsel for Defendant Environmental Integrity Company, LLC and that I have this day served the foregoing *Defendant Environmental Integrity Company, LLC's Rule 26(a)(2) Expert Disclosures* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically deliver e-mail notification of same to the following counsel of record:

Emily A. Poe, Esq.
Joshua S. Wood, Esq.
Patrick B. Moore, Esq.
George B. Green Jr., Esq.
Julie C. Hall, Esq.
Weinberg Wheeler Hudgins
Gunn & Dial, LLC
3344 Peachtree Rd. NE, Suite 2400
Atlanta, GA 30326

Keri P. Ware, Esq.
Wilson Morton & Downs, LLC
125 Clairemont Ave., Suite 420
Two Decatur TownCenter
Decatur, GA 30030

William Allred, Esq.
Elizabeth G. Howard, Esq.
Barrickman, Allred & Young, LLC
5775 Glenridge Dr. NE, Suite E-100
Atlanta, GA 30328

Anthony J. Livingston, Esq.
Hobart M. Hind Jr., Esq.
Butler Pappas Weihmuller
Katz Craig, LLP
One Harbour Place, Suite 500
777 South Harbour Island Blvd.
Tampa, FL 33602

Damien Zillas, Esq.
Law Offices of
Robert A. Stutman, P.C.
501 Office Center Drive, Suite 300
Fort Washington, PA 19034

This 25th day of January, 2016.

*s/ Lisa R. Richardson*
Lisa R. Richardson
**Georgia Bar No. 604074**

880 W. Peachtree St. (30309)
P.O. Box 7600
Atlanta, GA 30357-0600
Telephone: (404) 885-6348
Facsimile: (404) 876-0992
E-mail: lrichardson@deflaw.com
**Attorney for Defendant**
**Environmental Integrity Company, LLC**

6233445/1
05596-089672

- 2 -