



2595 County Road I
Saukville, WI 53080
Phone (262) 268-1750
Fax (262) 268-1753
Cell (262) 707-5855
Shop/Lab (262) 235-4068

# Battery Fire Analysis

## of the

## Metal Conversion Technologies, LLC Fire

## for

## Steve Miller Esq.

## Lisa Richardson Esq.

## Drew Eckl Farnham, LLC

## Report Prepared by Mike Eskra

## January 24, 2016

1

# Table of Contents

| | |
|---|---|
| Table of Contents | 2 |
| Introduction | 3 |
|     Assignment | 3 |
|     Scope of Project | 3 |
| Procedures | 3 |
|     Documents Reviewed | 3 |
|     Reference Documents | 4 |
| Discussion | 5 |
|     Lithium Batteries | 6 |
| Analysis of the Battery Shipment and Subsequent Processing | 12 |
| Lithium Chemical Reactions | 13 |
| Sodium Carbonate Reactions | 14 |
| Chemical Reactions with Lithium Carbonate | 14 |
| Glass Seal Chemical Reactions | 14 |
| Molybdenum Chemical Reactions | 15 |
| Mechanisms for the Catastrophic Failure of Lithium Primary Cells, Caused by Soaking in Alkaline Solution | 15 |
| Observations | 18 |
| Conclusion | 21 |

## Introduction

Eskra Technical Products, Inc. (ETP) was contacted by Lisa Richardson to review pictures and depositions to determine the probable cause of a fire at the Metal Conversion Technology Facility.

## Assignment

Lisa Richardson requested ETP to review photographs, depositions and evaluate and compare conventional recycling and battery handling with that performed at MCT prior to the incident.

## Scope of Project

Specifically, ETP was asked to assist in the determination as to probable cause of the fire at the MCT facility.

Our past experience in handling these technologies, along with knowledge of managing battery technologies after catastrophic events and abuse testing, provided the background for this effort. Limited testing was performed as needed to verify our hypothesis.

## Procedures

The work performed by ETP was performed on computers and in the laboratory at our facility in Saukville, WI.  This work included the review of the photographs, depositions, and quick wet lab experiments to validate or eliminate our hypothesis, following the scientific method throughout our experiments and the preparation of this report.

The following documents were reviewed:

GroupAPhotos.pdf

GroupBPhotos.pdf

GroupCPhotos.pdf

John Waters Expert Report (fromMCT ExpertDisclosure).pdf

The following depositions with exhibits:

Christian Patterson

Clifford Markham

Evan Patterson

Gary Casola

James Hollins

Jane Patterson

Janice Wagner

Jeremy Hollins

John Patterson

Kathleen Turner

Lee Shipman

Marta Ares

MCT 30(b)(6)(John Patterson)

Salvator Contreras

Steve Czepiel

Steve Pledger

William Dodd

John Waters

EIC-D 0004-0007.pdfMCT Hazardous Waste Contingency Plan – October 2007

Hazardous Waste Contingency Plan – December 2011

MCT Contingency Plan – Last Edit May 6, 2013

MCT Contingency Plan – January 17, 2015

City of Cartersville Fire Dept. Report – 5/24/11


**Reference Material**


The following additional documents were reviewed and assisted in developing ETP's conclusion:

Safety Considerations of Lithium Thionyl Chloride Cells, JPL Publications 85-15

Lithium Battery Information, Lithium Battery Safety. Engineered Power

Lithium Battery Recycling, All Battery Sales and Service (website) Lithium Thionyl Chloride Battery Recycling

Tadiran Batteries, MSDS Sheet for Lithium Thionyl Chloride Batteries

Metal Conversion Technologies, LLC Patent Application, Lithium Battery recycling Process-Lithium Metal Recovery

Handbook of Batteries, 3rd and 4th addition, McGraw-Hill, David Linden, Thomas Reddy

Used Battery Collection and Recycling, G. Pstoia, Wiaux, Wolsky, Elsevier Industrial Library V10

CRC Handbook of Chemistry, and Physics CRC Press D-221

Maxwell Product Brochure ER_15E.pdf pp 30-42 from Batteries Catalog (E)22-1501

Woods Hole Lithium Battery Safety, 4-11-06 Pp 11-12


### Discussion

MCT received a shipment of spent lithium thionyl chloride cells and lithium manganese button cells from ECI. These batteries, while sorted by chemistry-type, were not packaged properly for shipment. The batteries were likely not fully discharged, and were at various states of charge. On the day of receipt, Monday, April 11th, MCT treated the batteries by parceling them into 5 gallon pails and filled the pails with a solution of sodium carbonate and water. Gassing and heat generation occurred in some of the pails either due to the interaction of the active materials of the batteries and the solution, and/or the electrical discharge of any active cells into the solution. It cannot be verified or discounted whether there were cells already breached prior to the start of the processing. The temperature of the batteries and solution initially rose. There is conflicting deposition testimony describing the various processes used in returning the batteries to ambient temperature. Regardless of deponent, they agree that by Tuesday morning the batteries returned to approximately ambient temperature. Late Monday afternoon the batteries were recombined into 55 gallon metal drums containing a replenished sodium carbonate solution. The drums' temperature was monitored over several days. The sodium carbonate solution was either replenished or decanted and replenished daily. The barrels remained at ambient temperature for the rest of Tuesday, Wednesday, Thursday, and Friday. On Friday, the 55 gallon drums were moved and placed on the outside of the building under a canopy. The temperatures were again checked Friday afternoon and Saturday morning and there was no temperature rise. On Saturday afternoon a fire was called in at the facility.

## Lithium Batteries

There is considerable concern of lithium batteries going into thermal runaway. A rapid rise in temperature is a predecessor to cells and batteries moving into a thermal runaway situation. If the temperature subsides or remains constant the cells are not considered to be in thermal runaway.

Some background on lithium cell chemistry and battery/cell construction will assist in understanding the balance of our analysis of the battery cells. Rechargeable lithium batteries such as lithium ion, contain a solid carbon based anode and metal oxide cathode and a flammable electrolyte. Typically their safety increases as the batteries are discharged. If they are completely discharged the main safety concern is a leaking cell of the flammable electrolyte. Generally, lithium ion batteries, even at full state of charge are safer than lithium primary batteries.

Lithium primary batteries are batteries which can be discharged once. After discharge the batteries should not be recharged due to the risk of explosion. Lithium primary batteries contain lithium metal as the anode. Different cathode materials are used in lithium batteries to produce batteries which have different voltages, power, energy and cost.

Lithium primary batteries, when heated, charged or otherwise abused, may experience a rapid rise in temperature, commonly called a thermal runaway if uncontrolled. This type of thermal event can be caused by either an internal short circuit (manufacturing defect, or lithium dendrite formation) and/or overheating of the lithium cell (typically from exposure to temperatures above 60° C), or external short circuit. When a cell enters a thermal event its temperature increases rapidly, exponentially if not quickly controlled. Depending on the cell's particular chemistry and level of charge, a cell in thermal runaway can reach temperatures high enough to melt its container, or vent the electrolyte, or cause explosion. The lithium metal used as the anode can initiate a fire if it comes in contact with water or air. Lithium metal can burn under water or even in halon. Lithium metal is highly reactive. Management of a lithium battery during a thermal event must concentrate on managing the heat and hydrogen evolution. An additional characteristic of a thermal event is that this failure mode will tend to propagate from one cell to the next in a battery pack or a package of batteries, leading to catastrophic failure. Even a completely discharged primary cell will still contain some level of lithium metal.

Cells in a battery pack or package are in close proximity to one another. If thermal runaway occurs in a single cell, the thermal management strategy employed must be able to absorb that heat and prevent adjacent cells from entering thermal runaway in order to prevent a fire or explosion. One method to control the exothermal event whether single cell or a larger quantity, used by the US military, is to use large quantities of sprayed water. This causes a significant cooling effect both through the heat of formation of the water through evaporative heat loss, latent heat of the energy absorbed by the mass of the water and sensible heat or temperature

6

change of the water. Once the batteries have cooled to ambient temperature they are monitored and then packaged in plastic bags or taped individually. If the temperature cannot be controlled they are either moved to an isolated location or surrounding items are removed from their location. Isolating the individual "hot" cells and continuing water spray to control the thermal dynamics of the reaction to facilitate a reduction in reaction rates until the cell becomes benign.

When recycling these batteries, care must be taken to prevent a large thermal runaway event or explosion. Once the lithium metal, heat and hydrogen are controlled the components within the battery can be exposed, separated, neutralized and reprocessed.

There are different processes recommended for recycling. Primary batteries can be put into a pryometallurgical process to recover the metals and capture the noxious gasses so they can be treated. An alternative process is the wet process typically referred to as the Toxco process. This is a batch process and is not a continuous process.

In the Toxco process, the recycled batteries are cryogenically frozen by being placed in liquid nitrogen, lowering the temperature and therefor reducing the lithium reactivity to 1/250,000th of the room temperature reactivity(taken from Used Battery Collection and Recycling, G. Pstoia, Wiaux, Wolsky, Elsevier Industrial Library V10). This freezing can take cells that are in the early stages of a potential thermal runaway and reduce and eliminate the potential threat of a continuing reaction. At this temperature the components of the batteries can be safely handled regardless of the specific chemistries. Once frozen, the batteries are mechanically sheared, cut or shredded. The battery components are then fed into a bath, with the insoluble metals sinking, plastics floating and the solubles going into solution. The lithium metal reacts slowly to form lithium carbonate. The floating debris is mostly made up of paper, carbon, etc., generally containing little residual value. The metals that sink can be washed and reclaimed in subsequent processes. The solution making up the bath is sodium carbonate. The key to the success of the Toxco process is the cryogenic freezing of the batteries prior to and during treatment.

It is interesting to note that MCT had filed a provisional patent using a similar process to that of Toxco, using a quick cryogenic freeze prior to handling batteries, with thoughts of improving the process. This is attached as an appendix.

It was MCT's experience that batteries are not always packaged and delivered as regulations require. It would be prudent for any receiving facility to have plans in place in order to handle hot batteries upon receipt. MCT has not produced a written contingency plan for handling reacting lithium batteries in existence at the time of the fire. MCT's October 2007 Contingency Plan did not deal with reacting lithium batteries. John Patterson's testimony is that MCT's intent was to use something similar to the provisional patent to control reacting batteries with the use of sodium carbonate solution, but the technique he used did not involve first freezing the batteries, or the mechanical shredding of the batteries before introducing the frozen lithium into a sodium

7

carbonate solution.  As discussed below, MCT's handling of the batteries  was the actual cause of the fire.

Following this fire, MCT developed Contingency Plans that would have prevented the damage to 6 East Porter if followed.  See, MCT Hazardous Waste Contingency Plan (December 2011); Contingency Plan (May 6, 2013); Contingency Plan (January 17, 2015).

The general procedure for receiving a reacting battery shipment is to thermally manage the delivery by attempting to further limit temperature increase.  In large quantities or extreme cases, simply spreading out the batteries and spraying large amounts of water on them to dissipate the evolving heat is the recommended process used by the US Government. The risk of lithium reacting with the water is less than that of allowing the thermal runaway to occur.  If "hot" is not the issue, but leakage is the issue, placing the batteries in dry sodium carbonate to absorb and neutralize the thionyl chloride leakage is recommended.  At other times, dropping a very hot battery or cell into a 55 gallon drum of water can limit the thermal runaway event.  If the reacting cell appears too far along in the thermal process the mass of the water and drum limits the damage done if the battery deflagrates.   This method uses the thermal characteristics of the water ie: to raise 1 gram of water $1^{\circ}C$ temperature rise of water requires 1 calorie (In the strictest interpretation of a lithium battery violent reaction it does not explode but deflagrates, since the time constant is too long for the energy dispersed.  Although to the observer it appears to explode.)

Typical Lithium Thionyl Chloride batteries are built in two different configurations as shown in Figure 1.  Since the actual batteries involved in this fire were destroyed, the evidence cannot be viewed or analyzed.  ETP therefore will refer to both configurations, concentrating on the similarities.  In general, all lithium thionyl chloride cells are built in welded steel cans.  The positive terminal consists of molybdenum metal surrounded by an insulating glass, forming a glass to metal seal.  One of the common failure modes is caused by dropping a cell, fracturing or weakening this hermetic seal.

Figure 2 shows a general overview of the material and chemical contents of a cell.

8



Typical Cylindrical Cell Construction Details
(NASA-CR-180129, Jet Propulsion Lab.)

Figure 1.  Typical Lithium Thionyl Chloride Cell Construction

The literature shows different reactions taking place during a discharge of the lithium thionyl chloride cell (Figure 3).  These differences have been identified to be all true, depending upon the specific discharge rate thermodynamic.  Thionyl cells are differentiated not only by capacity but also by discharge rate.  The specific chemistry changes dependent upon the specific discharge rate.  A major difference in the primary lithium thionyl chloride cell and the rechargeable lithium ion cell is that the discharge products of the thionyl chloride cell are still reactive even when fully discharged.



Schematic of a Li-SOCl₂
(NASA-CR-180129, Jet Propulsion Lab.)

Figure 2.  Typical Thionyl Chloride Cell Components Constituents

Postulated Reaction Mechanisms for the Reduction of Thionyl Chloride
(NASA-CR-180129, Jet Propulsion Lab.)

| OVERALL REACTION: $2SOCl_2 + 4e^- \longrightarrow S + SO_2 + 4Cl^-$ | | |
|---|---|---|
| I. BOWDEN AND DEY [14] | II. BLOMGREN et al. [15] | III. CARTER et al. [16] |
| $SOCl_2 + e^- \longrightarrow SOCl + Cl^-$ | $SOCl_2 + e^- \longrightarrow SOCl + Cl^-$ | $SOCl_2 + e^- \longrightarrow OSCl + Cl^-$ |
| $SOCl + e^- \longrightarrow SO + Cl^-$ | $2SOCl \longrightarrow SO_2 + SCl_2$ | $OSCl \longrightarrow OClS$ |
| $SO + SOCl_2 \rightleftharpoons SO \cdot SOCl_2$ | $SCl_2 + e^- \longrightarrow SCl + Cl^-$ | $2 OClS \longrightarrow (OClS)_2$ |
| $SO \longrightarrow (SO)_X$ | $2 SCl \longrightarrow S_2Cl_2$ | $(OClS)_2 \longrightarrow SO_2 + SCl_2$ |
| $(SO)_X \longrightarrow x S + x SO_2$ | $S_2Cl_2 + 2e^- \longrightarrow 2S + 2Cl^-$ | $2 SCl_2 \rightleftharpoons S_2Cl_2 + Cl_2$ |
| • $(SO)_X$ A HAZARDOUS INTERMEDIATE | • NO APPARENT HAZARDOUS INTERMEDIATE | $SO_2 + Cl_2 \rightleftharpoons SO_2Cl_2$ |
| | | $SCl_2 + 2e^- \longrightarrow S + 2 Cl^-$ |
| | | $S_2Cl_2 + 2e^- \longrightarrow 2 S + 2 Cl^-$ |
| | | $Cl_2 + 2e^- \longrightarrow 2 Cl^-$ |
| | | $SO_2Cl_2 + 2e^- \longrightarrow SO_2 + 2Cl^-$ |
| | | • OClS A HAZARDOUS INTERMEDIATE |

Figure 3.  Typical Cell Reactions Upon Discharge Showing Species

Figure 3 shows the various reactions that can occur based on known and suspected reactions taking place inside the battery during normal discharge.  Since ETP does not have the actual cells to examine, ETP must consider that the cells were likely delivered at various states of charge and had been subjected throughout their life to various discharge scenarios and therefore, possible discharge products may have been available at the beginning of cell processing at MCT.

Lithium manganese cells, also included in the shipment, were in the button cell configuration and are generally considered to be more of a household battery, commonly referred to as a calculator or watch battery.  The manganese oxide is less reactive than the liquid thionyl cathode found in the thionyl chloride cells, but the cells will still contain various amounts of lithium metal which can react with the water and sodium carbonate solution after discharge.  Manganese oxide cells can be identified by the voltage which is nominally 3.0 volts as shown in Figure 4 below.



Figure 4.  Group B Pictures Show Coin Cells of 3.0 Volt

Lithium Manganese coin cells have a different construction than that of the thionyl cells.  This construction is shown below in Figure 5.



Figure 5 Lithium Manganese Oxide Coin Cell Construction

Figure 5 shows the typical coin cell construction.  Special attention needs to be paid to the gasket of the cell construction.  Lithium metal remains in the cell whether charged or after depletion of useful energy.  If the gasket does not seal and protect the lithium from moisture or air egress, the lithium will oxidize, evolving heat and hydrogen.  The cells contain a liquid organic electrolyte.

11

One of the sources used in the preparation of this document is the book entitled "Used Battery Collection and Recycling" by Pistoia, Wiaux and Wolsky. Industrial Library Volume 10, Elsevier. In their conclusion on page 291, they close the section on recycling lithium batteries with this paragraph:

*"Although lithium batteries have been shown to be safe in many applications, there are many conditions that will increase the hazards. These hazards can be overcome during recycling by any commercial facility through diligent continuous review of handling and processing. The successful facility must not allow recycling, storage, handling, and transportation procedures to become routine. These procedures must be continually revised and checked to verify accuracy and efficiency. Once a recycling facility considers their processes as perfect and without flaw, an accident or incident becomes possible."*

## Analysis of the Battery Shipment and Subsequent Processing

The success of lithium cells/batteries resides in the fact that they are designed to contain more energy per unit weight than conventional batteries. However, the high energy density also contributes to potential hazards if the energy is released at a fast, uncontrolled rate.

Under normal conditions, a cell will not leak or vent, however; cell leakage or venting can occur if the cell is overheated or the glass seal is compromised by excessive physical abuse or chemical exposure to concentrated alkaline solutions, hydrofluoric solutions and/or hot phosphoric acid solutions.

The severity of a vent can range from a slight leak of electrolyte around the glass-to-metal seal, to a violent expulsion of material through the seal or an explosion. In the latter instances this can lead to the cell becoming a projectile.

During thermal decomposition, electrolyte reacts with moisture to form hydrogen chlorine ($Cl_2$), hydrogen chloride (HCl), and sulfur dioxide ($SO_2$) gases. Some electrolytes can release Bromine ($Br_2$).

Lithium metal is a water reactive material; exposure to water can initiate a lithium fire, the lithium would be rapidly consumed in the strongly exothermic lithium-water reaction. One of the reasons to supply excessive amounts of water in such a situation is to control the heat generation, maximizing the heat removal.

Flooding the area with water will cool surrounding cells and batteries and reduce the likelihood of additional cells venting. Flooding with water will also help to extinguish any secondary fires present in the area. In the event of a cell venting, a water fog pattern will help to reduce airborne concentrations of sulfur dioxide gas. The water will become a very weak sulfuric acid and will be diluted by the large amounts of water used.

## Lithium Chemical Reactions

Lithium belongs to the alkali metal group of chemical elements. Like all alkali metals, lithium is highly reactive and flammable. For this reason, it is typically stored in mineral oil. Due to its high reactivity, lithium never occurs freely in nature, and instead, only appears in compounds, which are usually ionic.

- At ordinary temperatures, lithium does not react with dry oxygen. However, it reacts above 100°C, forming lithium oxide,

$$Li_2O: \qquad Li + O_2 \rightarrow 2Li_2O$$

- Lithium oxide absorbs carbon dioxide forming lithium carbonate:

$$2Li_2O + CO_2 \rightarrow Li_2CO_3$$

- The oxide reacts slowly with water forming lithium hydroxide:

$$Li_2O + H_2O \rightarrow 2LiOH$$

- It reacts with water forming lithium hydroxide with evolution of hydrogen:

$$2Li(s) + 2H_2O(l) \rightarrow 2LiOH(aq) + H_2(g)$$

- It reacts violently with dilute acids, liberating hydrogen:

$$Li + 2HCl \rightarrow LiCl + H_2$$

- It reacts with hydrogen forming lithium hydride:

$$2Li + H_2 \rightarrow 2LiH \qquad at > 400^oC$$

- It reacts with carbon dioxide at elevated temperatures, forming lithium carbonate, $Li_2CO_3$

## Sodium Carbonate Reactions

Sodium Carbonate is the disodium salt of carbonic acid with alkalinizing property. When dissolved in water, sodium carbonate forms carbonic acid and sodium hydroxide. Solubility in water at 0, 10, 20 and 30 °C is 6, 8.5, 17 and 28 wt %, respectively. Its water solubility is 215 g/l at 20°C

Sodium carbonate aqueous solutions are strongly alkaline. At 25°C, the pH of 1, 5 and 10 wt% sodium carbonate solutions are 11.37, 11.58 and 11.70, respectively. Conductivity also increases with the addition of sodium carbonate to water. Distilled water is typically over 1M –ohm in resistance, whereas tap water is 500,000 ohms. Adding sodium carbonate lowers that resistance

to below 300 ohms at room temperature at higher concentrations as a strong basic solution. Raising the temperature of the sodium carbonate further increases the conductivity to a measured 90 ohms at 75°C.

Used as an electrolyte, sodium carbonate acts as a very good conductor in the process of electrolysis, carbonate ions are not corrosive to the anodes.

Carbonates are decomposed to carbon dioxide and oxide upon heating.

$$CO_3^{2-} \text{--------}> CO_2 + O^{2-} \qquad \text{(upon heating)}$$

$$CO_3^{2-} + 2H^+ \text{--------}> CO_2 + H_2O \quad \text{(in acidic medium)}$$

Bicarbonates give carbonate, water and carbon dioxide

$$2HCO_3^- \text{--------}> CO_3^{2-} + CO_2 + H_2O \quad \text{(upon heating)}$$

## Chemical Reactions With Lithium Carbonate: $Li_2CO_3$

Lithium carbonate is a colorless salt with polymeric nature. It is sparingly soluble in water and its solubility decreases with increase in temperature. But it dissolves in presence of carbon dioxide due to the formation of $LiHCO_3$.

## Glass Seal Chemical Reactions

Lithium thionyl cells are hermetically sealed in a stainless steel case. A glass-to-metal seal is used as an insulator for the positive terminal. Glass is highly resistant to water, salt solutions, acids, and organic substances. However, glass is attacked to a significant degree by hydrofluoric acid and strong alkaline solutions. Chemical reactions with glass surfaces, induced by exchange, erosion or adsorption processes, can, in extreme cases, completely destroy or dissolve the glass.



Figure 6.   Lithium Thionyl Chloride glass seal chemical resistant to alkaline solutions as a function of time

14

The chemical attacks to the glass seal increase rapidly with increasing temperature.  In the case of concentrated alkaline solutions, the rate of attack increases rapidly with increasing concentration.


## Molybdenum Chemical Reactions

Molybdenum is used to make the terminal pin of the lithium batteries. The molybdenum is stable in the cell's electrolyte and is compatible with the types of glass typically used to form a hermetic glass-to-metal seal.

Molybdenum does not visibly react with oxygen or water at room temperature, and the bulk of the oxidation occurs at temperatures above 600 °C, resulting in molybdenum trioxide:

$$2\,Mo + 3\,O_2 \rightarrow 2\,MoO_3$$

Molybdenum (VI) oxide is soluble in strong alkaline water, forming molybdates

The broad range of oxidation states of molybdenum is reflected in various molybdenum chlorides:

Molybdenum (II) chloride $MoCl_2$ (yellow solid)
Molybdenum (III) chloride $MoCl_3$ (dark red solid)
Molybdenum (IV) chloride $MoCl_4$ (black solid)
Molybdenum (V) chloride $MoCl_5$ (dark green solid)
Molybdenum (VI) chloride $MoCl_6$ (brown solid)


## Mechanisms for the Catastrophic Failure of Lithium Primary Cells Caused by Soaking in Alkaline Solution

Some of the lithium primary cells, consisting of lithium-manganese dioxide and lithium-thionyl chloride cells, received by MCT on April 11, 2013 are alleged by MCT to have showed signs of thermal degradation and heat.  There is conflicting testimony on whether the batteries were reacting upon arrival, but this report assumes that some cells were reacting and were "hot."  The cells were divided into 5 gallon buckets and subsequently immersed in saturated sodium carbonate solution.  In some buckets there were reactions, in others there were not.  Sometime on Monday the batteries were transferred from the 5 gallon buckets into 55 gallon metal drums. By Tuesday morning the batteries that were reacting were all at approximately the ambient temperature.  The temperature of the solution was monitored for the remainder of Tuesday, Wednesday, Thursday, Friday and Saturday morning.  During this time  any thermal runaway event from Monday due to the short circuiting of the batteries due to any lack of insulation, or any physical damage in transit, was averted and stopped.  The time in the highly conductive sodium carbonate solution should have also discharged the batteries to a safe level due to any

15

problem with short circuiting of the batteries. During this time, however, the sodium carbonate solution was causing a reaction to take place, which subsequently, led to the catastrophic failure of enough cells to cause the fire.

Sodium carbonate solution will react with the contents of breached Li primary cells as follows:

- Lithium will react to form lithium carbonate, hydrogen and heat.

- Thionyl chloride will react to form sodium chloride and sodium sulfite with the possible evolution of sulfur dioxide and carbon dioxide. This is also an exothermic reaction that produces heat.

The solubility of lithium carbonate is 1.33 g/100 ml of solution. This low solubility indicates that when lithium reacts with the sodium carbonate solution, the product will be solid lithium carbonate.

The pH of saturated sodium carbonate solution is 12.3 at room temperature, indicating a strong base. The sodium carbonate solution will function as a heat sink, limiting the temperature at the outside of the cells as long as sufficient liquid is present compared to the number of breached cells. However, the solution will also selectively corrode the exterior components of the cells and, after a relatively short period of time, can result in the breaching of multiple cells, followed by a violent reaction of cell contents with the solution.

As discussed above, the strong base created by the sodium carbonate solution will attack the glass seals in the lithium-thionyl chloride cells. In addition, this solution will result in corrosion of the positive terminal of the lithium-thionyl chloride cells. The terminal pin is usually made of molybdenum in this type of cell. The molybdenum is stable in the cell's electrolyte and is compatible with the types of glass typically used to form a hermetic glass-to-metal seal. The seal is necessary to isolate the positive terminal from the negative can. The can is typically nickel-plated steel. When such a cell is immersed in a sodium carbonate solution, an external corrosion cell is established with the positive molybdenum pin functioning as the anode, the nickel-plating functioning as the cathode, and the sodium carbonate solution functioning as the electrolyte. Dissolution of the molybdenum terminal causes a breache of the cell case.

The Poubaix diagram for molybdenum is show in Figure 7.

16



Figure 7.  Pourbaix diagram for molybdenum-water system

This diagram shows that at a pH greater than 9, molybdenum metal is unstable and will be oxidized to molybdate ions ($MoO_4^{2-}$) at the high potential required to evolve oxygen. This is shown on the right edge of the diagram, at the upper dashed line. This corrosion will be accelerated because the cross-sectional area of the molybdenum terminal (the anode) is much smaller than the exposed portions of the cell (the cathode). This focuses all the corrosion current generated on the cathode on to the much smaller anode. This small anode, large cathode situation, along with the high cell potential present will most likely result in rapid dissolution of the molybdenum pin. In the absence of the pin, the sodium carbonate solution will reach the cell contents. This will cause a violent, exothermic reaction to start, which can lead to cell venting, ejection of flaming or pyrophoric materials and a possible explosion.

The delay in the fire of over 4 days after any reactions in the batteries that existed on Monday being controlled is consistent with this mechanism.

The lithium primary cells with solid cathodes are mostly lithium-manganese dioxide cells. Even totally discharged there remains some metallic lithium available to react with water if the seal is breached.  Unlike the lithium-thionyl chloride cells discussed above, these cells are sealed with a polymeric gasket. The cells are designed to keep out atmospheric moisture and keep in their organic solvent-based electrolyte. They are not designed to be soaked in a strong base. The sodium carbonate solution is a strong base and can creep into polymeric seals not designed to withstand it.  During a simple test ETP placed several of the polymeric seals into a sodium carbonate solution, which caused noticeable swelling and distortion after an overnight stand at room temperature.  If water does gain entry, the cells can swell and rupture, suddenly exposing lithium to the solution and resulting in a fire.

In the days prior to the fire, the cells were kept in steel containers filled with sodium carbonate solution. It must be noted that an additional risk might have been the development of a localized hot spot coupled with the corrosive solution could have corroded through the container and allowed the solution to drain out. This would eliminate the heat sink, and allow cell-to-cell propagation of any thermal runaway. This mechanism would pertain to both types of lithium cells. Since the fire artifacts could not be reviewed this scenario cannot be discounted.

John Waters deposition and report indicated that the incident was an inevitable outcome of a thermal runaway event. That is not the case. Any thermal event that was occurring on Monday, April 11, 2013 when the batteries were received was stopped and the batteries were at ambient temperature.

ETP reviewed the pictures available, the likely chemical reactions, and some simple laboratory testing to test our hypotheses and to eliminate erroneous hypothesis.

**Observations**



Figure 8.  Lithium Thionyl Chloride Batteries as Received At MCT

Figure 8 shows the lithium thionyl chloride batteries as received from the EIC. The trucker's deposition indicated that he did not think that it was a "hot" load. There is some wetting and

18

staining on the cardboard in the upper right corner.   Typically a leaking cell will have a strong smell of rotten eggs.  There was no mention of that in the depositions reviewed.  However, John Patterson reports that there were some portion of the cells that were in a thermal event generating heat.

The depositions indicated that a hole was cut into the side of the cardboard box and the cells were raked into containers.  The cells were then placed into 5 gallon plastic buckets covered either with water and having sodium carbonate added to the water, or covered with a premixed sodium carbonate solution.  The sodium carbonate solution would have increased the discharge rate of the cells causing heat to be generated.  (It was calculated that even cells at 40% state of charge could still produce enough heat through the solution to raise the 5 gallon bucket 70°C). Along with that heat, any available lithium metal from previously breached cells would also react, causing the generation of heat and hydrogen.  The liquid cathode would react in an acid base reaction, evolving heat and sulfur dioxide and carbon dioxides.  The evolution of these gasses would make the water appear to be boiling regardless of the actual temperature of the water.

Some of the depositions of MCT indicated that the temperature of the solution reached 272°F. This is highly unlikely since the boiling point of water is 212°F and the addition of the sodium carbonate salt would likely only raise the boiling point to 220°F.   To obtain a higher temperature, a pressure vessel would have to be used, and am open topped bucket or barrel would be inadequate to enable such a temperature to be obtained without boiling off all the water first.

Once the batteries were placed into the 5 gallon buckets several reactions took place.  As stated above some were expected and others were side reactions.  The colors of the froth on the buckets provide some indication of what was occurring inside the buckets.  This is a typical qualitative chemical analysis method used for over a century.  We know the chemicals going into the buckets and by evaluating the reactant product colors we can determine what the products are.



Figure 9.  Buckets of Cells Reacting.  Molybdenum (VI) chloride $MoCl_6$ (brown solid) and/or Molybdenum (II) chloride $MoCl_2$ (yellow solid)



Figure 10.  Molybdenum (V) chloride MoCl$_5$ (dark green solid) and/or Molybdenum (IV) chloride MoCl$_4$ (black solid)



Figure 11.  Liquid appears greenish with fine precipitates, MoCl$_5$

Figure11 shows that the reactions have progressed from merely neutralizing the electrode material to dissolving the molybdenum terminals. This reaction is transitioning from a simple corrosion product to a higher valance state corrosion.  This indicates that there was corrosion already occurring at the glass molybdenum terminal interface.

The depositions indicate that the 55 gallon barrels were filled with new sodium carbonate solution to 50% full with the cells added to bring the volume up to approximately 75%.  The depositions also indicate that the temperatures of the barrels were inspected and found to be near ambient, or that of the outside air, by Tuesday morning  The temperatures  remained stable from Tuesday morning through Saturday morning.

Although the cells remained at a steady state, the sodium carbonate solution was replaced or replenished.  MCT witnesses have testified that they did not observe any additional reactions while the batteries were in the 55 gallon drums.  The initial problems that may have resulted

20

from the short circuiting of the batteries was stopped and the batteries themselves would be drained of electrical energy because the sodium carbonate solution conducts electricity and would act to discharge the batteries. The corrosive attack on the batteries, however, would be continuing in relatively close unison before initiating the fire.

Alternative processing such as repackaging in individual plastic bags was an option, since they had already billed EIC for the extra processing and any additional costs would be covered. If there was still a concern of additional reaction, replacing the sodium carbonate with plain water and leaving the cells in the original treatment area was also a viable option since there were covers for the containers to prevent rain water egress. Any of the subsequent MCT contingency plans would have worked better than keeping the cells in the sodium carbonate solution. Once the temperatures had returned to ambient levels there was any number of viable options including insulating the cells with mineral oil, placing the batteries in plastic bags or taping to facilitate longer term storage. If MCT had any concerns of the stability of the cells they either should have further isolated them or move the entire shipment to further processing rendering them to raw materials. If there any concerns of further heating, recombining the cells into larger quantities showed the least amount of common sense and was in direct conflict with MCT's subsequent contingency plans.

MCT had many options available to render this shipment safe. Instead, MCT took steps in handling and storing the batteries that resulted in the mass failure mode allowing the large scale release of the contents of the batteries into a solution that caused the violent reactions leading to the fire.

## Conclusion

The shipment of reclaimed cells from EIC to MCT was not properly packaged, or properly declared. MCT believed that the shipment was hot and was concerned that a thermal runaway event might be imminent. MCT began a subsequent treatment of the batteries which neutralized any damaged cells. After a brief time, MCT established that the temperature of the cells moderated and the subsequent thermal event was avoided. At this point any danger created by EIC had been stopped. At this point MCT had any number of options for further handling of the batteries that would have prevented the fire at 6 East Porter. Instead, MCT chose to store the lithium primary batteries in sodium carbonate solution. This is not a recognized technique for storing such batteries. Recombining the batteries and replenishing the sodium carbonate solution had the unplanned side reactions of deteriorating the terminal and glass seals of the lithium thionyl chloride batteries and the coating on the polymer seal of the lithium manganese oxide cells. These side reactions set up a coordinated mass failure of the cells days later. That mass failure resulted in the combination of lithium and thionyl chloride with a strong base, an acid to base reaction, resulting in a large quantity of heat, hydrogen and sulfur dioxide being released with open flames, originating this fire. The cause of this fire was not the lack of insulation or

21

short circuiting of the cells but was caused by the subsequent corrosion caused by MCT processing after receipt of the batteries.

The findings of Eskra Technical Products, Inc. are either matters of fact, or professional opinions formulated within a reasonable degree of engineering certainty, based on the information and evidence available at the time of this evaluation.  Eskra Technical Products reserves the right to consider any additional information that may become available in the future.

Report prepared by:

Michael D. Eskra

CFEI 16315-9447

PMP 2121632

Attachments:  Mike Eskra CV, Mike Eskra Rate Sheet

22

# CV

**Michael D. Eskra**
**2595 County Road I**
**Saukville, WI 53080**
**262-707-5855 Cell**
**262 235 4068 Lab/Shop**
**262 268 1750 Office**
**262 2681753 Fax**
**mikeeskra@aol.com**

## Summary:

Senior executive and technical manager with 30+ years experience in the energy, power source and battery industry, including business strategy, planning and operations, technology development and deployment, material development, manufacturing and power systems electronics. Special expertise in tactical planning, operations, marketing and business development in the Energy, Battery and Advanced Automotive Propulsion areas.  Broad working knowledge of energy, battery and power source development, battery products, processes, vendor development, WCM and FMEA, as well as global strategies and turn around in the strategic power systems industry.

## Experience:

### 1996-Present: Owner, Eskra Technical Products, Inc., Saukville, WI

- Designed and developed manufacturing processes for lithium ion, lithium polymer, nickel metal hydride, lead acid, zinc bromine, nickel hydrogen, lithium iron disulfide and silver zinc battery technologies.
- Developed low cost solvent free processing for primary lithium battery cathodes( pat pen)
- Developed solvent free lithium ion electrode manufacturing process.(pat pen)
- Specialty battery manufacturing and assembly of battery packages for mission specific applications
- Developed low polymeric ceramic separator for lithium ion/polymer batteries (pat pen)
- Developed and executed strategic acquisition and business plans for clients in renewable energy, rechargeable and primary battery areas.
- Provide technical and staffing recommendations to clients in the battery, aerospace and government agencies.
- Provide Strategic planning, market analysis and acquisition targets for battery and aerospace companies.
- Wrote business plans for flexible power sources, micro batteries, renewable energy and acquisition and mergers, technology development roadmaps.
- Developed key development and technology plan for smart energy grid.
- Provided technical and business assessment to VC and Angel investors

- Failure Mode and Effect of energy and power system products for insurance investigations.
- Battery and power source failure investigation and litigation.
- Developed waste to liquid fuel process, waste to solid clean fuel processes.
- Assisted in business plan development for gearless wind turbine and presentations to potential investors-designed on-demand battery storage building block
- Member of the SAE Aerospace Power Systems Committee
- Provide support for Defense Logistics Agency on batteries through BATTNET
- Specialty battery and other power source packaging for niche applications
- Oversight management for ANSI and battery testing and technology facility

**1999-2005:    President and COO, Director, Electro Energy Inc., Danbury, CT (Consultant and Employee)**

- Brought failing Research and Development company to successful public company status.
- Responsible for bringing multiple government and commercial programs in house.
- Program Manager for multiple government contracts and commercial contacts.
- Increased power by 100% and capacity by 30% for the Army and 150% for the Navy efforts
- Developed 1MW 250 Volt rechargeable battery/1.4MW 350 Volt battery systems.
- Provided hands-on technical and management oversight on all development projects.
- Achieved successful, on schedule delivery for the first time since company inception.
- Developed processes and designed equipment to take product from development to manufacturing.
- Acquired manufacturing subsidiary in complementary technology.
- Raised $5.5M outside capital.
- Reverse merger with public shell, June 2004, EEEI.ob
- NASDAQ Small Cap, December 2004, EEEI, $200+M market cap, January 2005
- All stock purchase of large manufacturing facility
- Positioned company for $25M second round of financing and additional acquisition
- Developed team of engineers and specialists for advanced nickel metal hydride and lithium ion chemistries.

**1991-1996:    Program Manager, Advanced Technology Vehicles, GM Corp, Warren, MI**

- Principle negotiator and contract lead for United States Battery Consortium (USABC).
- Formed necessary partnerships and teaming arrangements required to develop advanced battery and material technology for electric and hybrid vehicles.
- Developed base agreements and worked to alleviate anti-trust concerns.
- Managed over $150M annually in development contracts.
- Oversaw National Laboratory development contracts and promoted strategic planning for long term US technology including uniform CRADA.
- Coordinated technical and business direction of the automotive partnership through various committees.

- Represented GM in the partnership, committees, Partnership for New Generation Vehicles (PNGV), the Departments of Energy and Commerce, the White House, Vice-President Gore and staff.
- Prepared Congressional testimony and circumvented freedom of information requests.
- Participated in Vice Presidential and Congressional reviews.
- Initiated novel material development efforts in polymer based systems.
- Supported electric drive train propulsion development and commercialization for all electric vehicle and hybrid electric vehicle platforms including battery packs and battery management systems.
- Reviewed technology programs for Departments of Energy, Defense, NASA and Commerce.
- Identified and coordinated funding for Lithium ion, polymer, nickel metal hydride, bipolar lithium, iron disulfide, sodium sulfur and lead acid battery systems relating to safety, advanced materials and designs.

**1986-1991:    Manager, Advanced Battery Engineering, Johnson Controls Inc., Milwaukee, WI**
- Formed four business units to develop new opportunities for Johnson Controls, Inc. in the energy, advanced battery, plastics and automotive technology areas.
- Formulated and executed international, multi-company technology cross licensing agreements related to multiple technologies and markets.
- Developed and executed operational business plans to move technologies from development to commercialization.
- Grew start ups to $12M in sales with less that $1M of total internal investment.
- Utilized government funding to leverage organizations into new, profitable, commercial businesses.
- Obtained space qualification of Common Pressure Nickel Hydrogen (IPV) technology in under 2 years, presently the most flown spacecraft battery.
- Responsible for Common Pressure Nickel Hydrogen (CPV), Bipolar lead acid (pulse Power), Zinc Bromine (now ZBB) and Advanced Lead Acid (EV, consumer electronics, SKI and Pulse Power). Designed and built 100MJ battery system, 40 kWh and 20 kWh electric vehicle packs.
- Developed high strength, chemically stable conductive and on conductive polymer materials.
- Identified acquisition targets for main business, formulated deal outlines

**1981-1986:    Process Engineer, Quality Manager, Plant Superintendent**
**Johnson Controls Inc., Milwaukee, WI**
- Turn-around of three under-performing battery manufacturing plants, improving production by 50% while improving quality.
- Managed Pilot Plant Operations, 1000 SLI batteries/day
- Developed and/or modified equipment and processes to improve productivity, quality and profitability.
- Developed advanced manufacturing line.
- Negotiated and revised Labor Union contracts.

- Trained corporate manufacturing staff and provided technical support to 13 manufacturing plants and two plastic plants.
- Responsible for five new product introductions (SLIG).
- Developed staff to accomplish what many thought was impossible performance and business targets.
- Temporary Plant Engineering Mgr, Plant Superintendent, Plant Manager at Fullerton, CA, Atlanta, GA, Toledo OH. Louisville, KY, Dallas TX as needed to support Battery Group

**1980-1981:    Converting Line Manager, Proctor and Gamble, Inc. Green Bay, WI**
- Improved shift performance by 100%
- Reduced hourly absenteeism by 200%
- Responsible for Charmin, White Cloud and Puffs lines

Five U.S. Patents related to materials, batteries and manufacturing
300+ Papers and Articles Published.

U.S. Security Clearances

Education:    Masters of Engineering Management (45Credits), Milwaukee School of Engineering
              BS Chemical Process Engineering, University of Wisconsin, Milwaukee
              Certified Fire Explosion Investigator NAFI Member
              Program Management Professional

Memberships:
AICHE-American Institute of Chemical Engineers
SAE-Society of Automotive Engineers
NAFI-National Association of Fire Investigators
IAAI-International Association of Arson Investigators
PMI-Project Management Institute
NDIA-National Defense Industry Association

**Battery Related Program Management Experience**

1.    $3,400,0000 "Zinc Bromine for Electric Vehicles", Sandia National Laboratories 1986

2.    $750,000  "High Power Lead Acid Batteries for DEW", USAFWP 1988

3.    $3,800,000 "Zinc Bromine for Load Leveling", Sandia National Laboratory 1988

4.    $250,000,000 United States Battery Consortium 1990, nickel metal hydride and lithium ion for Electric Vehicles

5.    $30,000,000 Partnership for New Generation Vehicle, lithium ion and nickel metal hydride for hybrid electric vehicle.

6     $700,000 "Nickel Metal Hydrogen for Energy Storage, Department of Energy 1998

7.    $60,000, BMDO Phase I, April 2000, "High Power Nickel Metal Hydride" managed by the Navy China Lake Naval Air

8.    1,999,036, NAVAIR F-17, F-18, F-16, August 2000, "Nickel Metal Hydride Development for Aircraft."

9.    $412,375, NASA Glenn Research Center, January 2001, "Flight Weight Battery Option for Low Earth Orbit."

10.   $1,600,000, USAF, February 2001, Manufacturing Technology Development.

11.   $807,435, US Army CECOM, July 2001, Bipolar Wafer Ni-MH Electrochemical System.

12.   $3,820,000, USABC Partnership for New Generation Vehicle, August 2001, "Hybrid Vehicle Battery."

13.   $2,264,127, U.S. Dept. of Energy, January 2002, "Energy Efficiency and Environmentally Friendly Distributed Resources Energy Storage Battery."

14.   $99,908, USAF/AFMC, May 2002, "Aero Propulsion and Power Technology, New Hydrogen Storage Electrodes."

15.   $809,999, US Army CECOM, July 2002, "Bipolar Wafer (NiMH) Electrochemical System."

16.   $489,378, NASA Glenn Research Center, July 2002, "Bipolar Nickel Metal Hydride Battery."

17.   $788,104, US Army CECOM, April 2003, "Bipolar Ni-MH Electrochemical Battery System."

18.   $854,931, USAF, May 2003, "Bipolar Wafer Cell Ni-MH Aircraft Battery."

19.   $500,000, In-Q-Tel, March 2004, "Bipolar Lithium-Ion Battery."

20.   $848,788, US Army CECOM, March 2004, "Bipolar Wafer Cell Ni-MH Battery for Army Vehicles."

21.   $69,978, Navy STTR, June 2004, "Extremely Power Dense Bipolar Ni-MH Energy Storage System."

22.   $69,943, Navy SBIR, June 2004, "Low Magnetic Signature, Rechargeable, Modular Battery Technologies for Mine Warfare."

23.   $735,666, U.S. Dept. of Energy/Sandia National Labs, June 2004, "Ni-MH Battery for Utility Applications."

24.   $300,000, In-Q-Tel Phase I, March 2004, "Development of Bipolar Lithium Ion Cell"

25.   $98,647, USAF Phase I, March 2005, "Lithium Batteries for Strategic Missile Flight Testing"

26.   $450,000, In-Q-Tel , April 2005, "Lithium Ion Batteries with Cell Specific Energy Greater than 300 Wh/kg"

27.   $3,000,0000 BAA No. 0006-08 BATTNET Support to DLA

29    $9,000,000    Power Sources Support 2009

30    $9,500,000    Power Sources Support2010

31.   $414,080    BATTENT March 2011 Low Cost Lithium Ion Manufacturing Development

32.   $80,000    NAVSEA September 2011, Energy Scavenger, Thermal Battery Replacement

33.)  $150,000    DOE Low Cost Lithium Ion Electrode for Bipolar and Prismatic Cells

34.)  $149,996 DLA CR123 Low Cost Manufacturing Development and Option

35.)  DLA  BATTNET Option 2 Period of Performance October 2013 to December 2014

36.)  DLA BATTNET Option 3 Period of Performance November 25, 2013 to January 2015

37.)  US Army Bipolar Lead Acid $100,000 July 28, 2014

38.)  DLA Low Cost Solvent Free Lithium Ion Manufacturing Development $2,475,000 July 14 2014 to July 2016


**Sample Papers**

1) January 2001 Long Beach CA

Nickel-Metal Hydride Replacement for VRLA and Vented Nickel-Cadmium Aircraft Batteries

Michael Eskra[1], Paula Ralston[1], Martin Klein[1], William Johnson[2], John Erbacher[3], Baird Newman[4]

Electro Energy Inc., 30 Shelter Road, Danbury, CT. 06810
NAVAIR, 48298 Shaw Road, Building 1461, Patuxent River, MD 20670
USAF AFRL/PRPB, 1950 Fifth Street, Wright Patterson AFB, OH 45433-7251
NSWC, 300 Highway 361C, Crane, IN 47522

2) Aerospace Battery Session 2000 Power Systems Conference

Bipolar Nickel Metal Hydride For Aerospace Applications

Electro Energy, Inc.
Authors: Mike Eskra, Martin Klein
(Special thanks to NASA GRC, Department of Energy, PNGV, NAVAIR, USAF)

3) 39th Power Sources Conference (2 papers)

Bipolar Nickel Metal Hydride for Aerospace
Nickel Metal Hydride High Power Battery

Michael D. Eskra Jack Brown Martin G. Klein
Electro Energy, Inc.
(Special thanks to NASA GRC, Department of Energy, PNGV, NAVAIR, USAF)

Also published in the IEEE magazine

4)  Global Powertrain Congress 2001

Bipolar Nickel Metal Hydride For Automotive Electric Drivetrains

Mike Eskra, Martin Klein, Robert Plivelich
(Special thanks to NASA GRC, Department of Energy, PNGV, NAVAIR, USAF)

5)  7th Workshop for Battery Development

Nickel Metal Hydride Aircraft Batteries

Mike Eskra, William Johnson (NAVAIR), John Erbacher (WPAFB)

6.) Power Systems Conference 2002

02PSC-69
Pulse Power Nickel Metal Hydride Battery
Robert F. Plivelich and Michael D. Eskra

7.)  SAE Power Systems Conference 2000

00PSC-123 Bipolar Metal Hydride Batteries for High Power and Aircraft Applications Mike Eskra,
Marty Klein, Robert Plivelich Electro Energy, Inc

7) Hawaiin 4th Battery Conference HBC January 2002
Nickel Metal Hydride PNGV, NAVAIR, USAF

8) 40th Power Sources Conference June 12, 2002
Bipolar Nickel Metal Hydride Battery
Mike Eskra, Paula Ralston, John Erbacher, Bill Johnson

9)  5th SAE Power Systems Conference October 29-31, 2002

Bipolar Nickel Metal Hydride Batteries For Aircraft Applications

Mike Eskra, Robert Plivelich, Paula Ralston, John Erbacher, Bill Johnson

10).  High Power Bipolar Nickel Metal Hydride Battery for Utility Applications
Michael Eskra, Robert Plivelich.) Energy Storage and Transmission Nov 2003

11.)  Scale-Up of Manufacturing Processes for a Bipolar Nickel-Metal Hydride Aircraft Battery
James Landi(a), Martin Klein(a), Mike Eskra(a), John K. Erbacher(b) and Robert Drerup(c)

12.) Energy Efficiency Environmentally Friendly Distributed Resources Energy Storage Battery
Pulse Power Nickel Metal Hydride  ESAT 2004 US Department of Energy, Sandia National
Laboratory

13.)  Pulse Power 350 V Nickel Metal Hydride Battery
Michael D. Eskra, Paula Ralston, Alvin Salkind and Robert F. Plivelich
Brighton, England April 2004

14.) Lithium Ion Fires, Michael D. Eskra,  Lithium Battery Safety Meeting 2012

15.) Low Cost Flexible Manufacturing for Defense Applications, Michael D. Eskra, Paula K. Ralston
Defense Manufacturing Conference, Orlando FL 2012

16.) Counterfeit Batteries Entering the Supply Stream, Michael D. Eskra, Paula K. Ralston, Defense
Manufacturing Conference 2013

17.) Solvent Free Lithium ion Manufacturing, 2014 Power Sources Conference, Michael Eskra

18.) Battery Safety-Developing a Methodology for Avoiding Risks From Product Failure and
Subsequent Subrogation/Wrongful Death-Breakout Discussion Session Battery Safety 2015, Michael
Eskra Host

19.)  Dry Electrode Processing of Lithium Ion Electrodes, Michael Eskra, Paula Ralston, Lithium
Battery Power 2015

20.) Scale Up for Lithium Ion Electrode Manufacturing, Michael Eskra, Paula Ralston 2015 Joint
Services Power Expo

21.) Just in time Manufacturing of Lithium Batteries, Michael Eskra, Paula Ralston, National Defense
Conference  December 2015

**Battery Fire Cases    (Bold =Deposition and or Trial)**

Container # APLU9087454 Peru container fire, R. Fonda, D. Loh C. Raliegh | Cozen O'Connor 1201 Third Avenue, Suite 5200 | Seattle, WA 98101 | P: 206-224-1253 | F: 206-621-8783 dloh@cozen.com | www.cozen.com

**The Main Street America Group v. Dell Inc. (Case No: 8:09-cv-1269-T-26TGW,  John W. Reis | Cozen O'Connor  301 S. College Street, Suite 2100   | Charlotte, NC 28202 P: 704.376.3400 | F: 704.334.3351 | jreis@cozen.com www.cozen.com | www.subrogationandrecoverylawblog.com**

**Nick Mooney  nick.mooney@bromagenlaw.com**

Liberty Mutual Insurance Co.  Insured:  Judd  Date of Loss:   May 25, 2008  Claim No.:  9578348 Philip T. Carroll, Esq. | Cozen O'Connor 333 W. Wacker Drive; Ste. 1900 | Chicago, Illinois, 60606-1293 | P: 312.382.3147 | F: 312.706.9747 pcarroll@cozen.com | www.cozen.com

**STJOHN-9831 St. Johns a/s/o Caspellana, Giovanni & Sonia:  Catherine Bonilla, Paralegal Powers, McNalis, Torres & Teebagy P.O. Box 21289 West Palm Beach, FL 33416-1289 (561)588-3000  P  (561 588-3705 (fax) www.powersmcnalis.com  email: cbonilla@powersmcnalis.com**

MetLife Insurance Co.  Phillip Brown Fire/Greenway/Dell, B. Campbell Cozen O'Connor (206) 373-7245 F(866) 886-0939  bcampbell@cozen.com

State Farm Insurance Claim 59-D139-541: Wilkins Fire vs. Dell Keathan B. Frink, Beckham & Beckham, PA, 1550 NE Miami Gardens, Drive, Suite 504, Miami, FL 33179 (305) 957-3900, F(205) 940-8706

Chinnok MT fire, J. Slavik Cozen O'Connor jslavik@cozen.com

Libery Mutual Columbus OH Iron Phosphate Fire, J. Poore,. White ad Williams LLP, 1650 Market Street, One Liberty Place Suite 1800, Philadelphia, PA 19103-7395 (215) 864-6344, F (215) 789-7621

Goldman vs. Dell R. Hutson, Law Offices Cytryn and Velazquez, PA. 2825 North University Drive, Suite 350, Coral Springs, FL 33065 (964) 255-7000, ryan.hutson@personalinjuryfirm.com

Exide Fire- Shreveport,  Cunningham Lindsey 200 Ashford Center North, Suite 310, GA 303338, PRowe,  P Box, (770) 828-0098 Forcon International, W.Verecke 1730-H Mount Vernon road, Atlanta, GA 30338, (770) 390-0980, F(770) 390-0981

Exide Fire-Romano Italy Cunningham Lindsey 200 Ashford Center North, Suite 310, GA 303338, PRowe,  P Box, (770) 828-0098 Forcon International, W.Verecke 1730-H Mount Vernon road, Atlanta, GA 30338, (770) 390-0980, F(770) 390-0981

Exide Fire Spain, Cunningham Lindsey 200 Ashford Center North, Suite 310, GA 303338, PRowe,  P Box, (770) 828-0098 Forcon International, W.Verecke 1730-H Mount Vernon road, Atlanta, GA 30338, (770) 390-0980, F(770) 390-0981

Gopalratman Fire:  B. Arnold Falk Metz vs. HP; Falk Metz; Two First National Plaza, 20 South Clark Street, Suite 1900, Chicago, IL 60603 P(312) 922-5800, F(312) 922-3990

Huang Fire Claim 647592, R. Wall, Grunsky, Ebey, Farrar & Howell APC,240 Westgate Drive, Watsonville, CA 95076,  (831) 72202444 ext 244, F(831) 722-6153  rwall@grunskylaw.com

**LEE vs IBM.  Alabama Laptop Fire, B Johnson, Red Mountain Law Group Johnston Law Group Johnston Law Firm, PC, The Landmark Center, 2100 First Avenue North, Suite 600, Birmingham, Alabama 35203 (205) 328-9445 Ext 600, F(800) 856-9028, brice@johnstonfirmpc.com**

Craig Antas, Nielsen, Zhehe and Antas, PC  55 W. Monroe Street, Suite 1800, Chicago, IL 60603 P(312) 322-9900 F(312) 264-6145 Cantas@nzalaw.com

Melton Fire, B. Arnold Falk Metz Two First National Plaza, 20 South Clark Street, Suite 1900, Chicago, IL 60603 P(312) 922-5800, F(312) 922-3990

State Farm Insurance Claim 32K1794424 Belani-Soni Fire  Joseph Darr, Nicolin, Paradide, Ferretti and Sabella 114 Old Country Road, Suite 500, Mineola, NY 11501, T(516) 741-6355, F(516) 741-1659 jdarr@npfslaw.com

Daniel Island, SC fire, David Huberman, White ad Williams LLP, 1650 Market Street, One Liberty Place Suite 1800, Philadelphia, PA 19103-7395 (215) 864-6344, F (215) 789-7621

Chassen Fire Ron Pingitore, White and Williams LLP, 1650 Market Street, One Liberty Place, Suite 1800, Philadelphia, PA 19103-7395.  (215) 864-6324  F(215) 789-7504

Metlife Insurance: Model helicopter Fire M. Hagan mhagen@metlife.com

Jeff Arnold Fire, State Farm

St. Charles School Fire

Secura Insurance Mold Dire vs Horizon Hobby

State Farm Schaub vs Traxxas

State Farm  Omalley  vs Traxxis

Smith/Protera, Laura Reed, Esq.

Secura Mazzara vs. ?

Foss/AKA/Corvus

Ellen Berry Fire

LaFayette Fire, Marisa Saber Esq, Cozen

BloomField Hills, MI fire Marisa Saber Esq, Cozen

Smith Fire

Tenergy E cigarette Fire 1

Tenergy E-cigarraette Fire 2

State Farm William Nuenschwander vs Werner Electric Ventures

Ace American Insurance vs, Patco Electronics/Kokam Co.

**Menser v FCA US, LLC, Eastern District Arkansas Western Division Case 4:15-CV-136 KGB, Martin Bowen, Bowen Law Firm, LLC 121 North Spring Street, Searcy AR 72143**

MCT vs EIC

48 other unnamed fires reviewed

FORCON INTERNATIONAL – GEORGIA, LTD.
1730-H Mount Vernon Road • Atlanta, GA 30338
770/390-0980 • 770/390-0981 fax • www.forcon.com



## RATE SHEET

## FOR

### Michael D. Eskra

- Mike Eskra's current hourly billing rate is $350/hour for investigation, research, analysis, document preparation, and testimony. Travel time from Saukville, WI is billed at $250/hr. portal to portal. Billing rates periodically increase; if there is no billable activity in a case for one year or more, new work in that case will be charged at the latest billing rate.

- Out-of-pocket expenses are billed in addition to the hourly rate charges and include airfare, ground transportation and parking, lodging, meals, long distance telephone, reproduction, photographic costs, and other normal and customary expenses incurred in carrying out the scope of services requested.

- Billings for Mr. Eskra's services are submitted either monthly or at the completion of some appropriate milestone event such as the completion of a report or after testimony. Billings are due and payable in Hillsborough County, Florida, per the remittance information on the invoices, within 30 days after the date of the invoice.

Effective 1/1/2014

Providing Forensic Consulting and Expert Witness Services since 1984